ELIZABETH SALERNO v. G. BRUCE MUNRO
(3654)

DUPONT, C. J., BORDEN and DALY, Js.

Argued April 10—decision released May 13, 1986

*Mark J. DeGennaro,* for the appellant (plaintiff).

*David J. Peska,* for the appellee (defendant).

PER CURIAM. There is no error.